

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TOM BENSON D/B/A ACT FAST BAIL BONDS, | § § § | No. 08-17-00222-CR |
|  | § | Appeal from the |
| Appellant, | § | County Court at Law No. 2 |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 2017-CBF00945) |
| Appellee. | § |  |

## <u>MEMORANDUM OPINION</u>

Appellant, Tom Benson d/b/a Act Fast Bail Bonds, and Appellee, the State of Texas, have filed a joint motion to render judgment effectuating the parties' agreement as authorized by TEX.R.APP.P. 42.1(a)(2)(A). The motion is granted. Accordingly, we modify the judgment of the trial court by deleting the following language from the final sentence of the judgment: "$3,500.00 plus court costs, for all of which let execution issue," and replace it with the following language: "COURT COSTS plus INTEREST ON THE BOND OF $47.47, if any, for all of which let execution issue." Further, we affirm the judgment as so modified. Costs of the appeal are assessed against Appellant.

GINA M. PALAFOX, Justice

December 6, 2017

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)